UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald C. Goins, Esq. (DCG1005)
Goins & Goins, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Telephone No.: 908.351.1984
Fax No.:        908.351.1982

| | |
|---|---|
| In Re: | Case No.:  __14-24384__ |
| Edward Overton and Pamela Overton, | Judge:  __MBK__ |
| Debtors | Chapter:  13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____09/11/2018_____, at _9:00 A.M._.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
We are seeking the Court's permission to apply for a Loan Modification on our GMACM Home Equity Loan (2nd Mortgage). We have been in the Bankruptcy for approximately 4 years, if the Modification is approved, this would allow us a much better opportunity to complete our Bankruptcy within the 60 months. A Modified Plan will be filed to address feasibility.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 08/31/2018                                        /s/ Edward Overton
                                                                    Debtor's Signature

Date: 08/31/2018                                        /s/ Pamela Overton
                                                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*