Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–24384–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Overton
1 Devonshire Drive
Westampton, NJ 08060

Pamela Overton
1 Devonshire Drive
Westampton, NJ 08060

Social Security No.:
  xxx–xx–6294                              xxx–xx–8486

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 6, 2015.

On 9/5/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: October 9, 2018
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 6, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-24384-MBK
Edward Overton                                                      Chapter 13
Pamela Overton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 06, 2018
                              Form ID: 185             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
```
db/jdb         +Edward Overton,    Pamela Overton,    1 Devonshire Drive,    Westampton, NJ 08060-2432
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487,    UNITED STATES 33487-2853
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Road,
                 Winterville, NC 28590-8872
514916270      +Best Buy Credit Services,    P.O. Box 790441,   St. Louis, MO 63179-0441
514916275      +CHASE BANK U.S.A., N.A.,    C/O Nationwide Credit, Inc.,    3835 North Freeway Blvd., Ste 115,
                 Sacramento, CA 95834-1977
514916278      +CHS Instiitute Of Neurosciences,     7 Foster Ave., Ste 101,   Gibbsboro, NJ 08026-1191
514916273       Capital One Card Services / GM,    P.O. Box 80082,    Salinas, CA 93912-0082
514916274      +Capital One N.A. / Kohl’s Dept. Stores,    C/O FMS, Inc.,    4915 South Union Avenue,
                 Tulsa, OK 74107-7839
515067710       Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
514916276       Chase Bank, USA, N.A.,    C/O Nationwide Credit, Inc.,    P.O. Box 26314,
                 Lehigh Valley, PA 18002-6314
514916277      +Chase/Bank One Card Serv,    PO Box 15298,   Wilmington, DE 19850-5298
514916280      +Citibank, N.A.,    C/O Global Credit & Collection, Corp.,    2699 Lee Rd., Ste 330,
                 Winter Park, FL 32789-1740
514960764     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
514916282      +Father Nature Landscaping,    C/O James Logan, Jr., Esq., L.L.C.,    219 High Street,
                 Mt. Holly, NJ 08060-1403
514916284      +Home Depot Credit Services,    P.O. Box 790328,    St. Louis, MO 63179-0328
514916285      +Internal Revenue Service,    P.O. Box 931000,   Louisville, KY 40293-1000
514916290      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Ste 300,    Highlands Ranch, CO 80129-2386
514916291      +Sprains, Strains & Fractures, LLC,    P.O. Box 168,    Haddonfield, NJ 08033-0278
514916292       VIRTUA WEST JERSEY HEALTH SYS,    P.O. Box 8500-7542,    Philadelphia, PA 19178-7542
514916293      +WEBBANK/DFS,    P.O. Box 81607,    Austin, TX 78708-1607
515101840       Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
514933703       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
514916294      +Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590-1697
514916295      #Wells Fargo Financial National Bank,    P.O. Box 660431,    Dallas, TX 75266-0431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 23:11:56      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 23:11:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2018 23:11:25
                 Ditech Financial LLC f/k/a Green Tree Service, LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
514932878       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2018 23:18:17
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
515135043      +E-mail/Text: BKRMailOps@weltman.com Sep 06 2018 23:12:01
                 Atlantic Credit & Finance Special Finance Unit, LL,    CITIBANK, N.A.,
                 c/o Weltman, Weinberg & Reis,    325 Chestnut Street, Ste 501,    Philadelphia, PA 19106-2605
514955316       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2018 23:17:07      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
514916271      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 23:18:07      Capital One,
                 C/O Bankruptcy Dept.,    PO Box 30285,   Salt Lake City, UT 84130-0285
514916279      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2018 23:11:52      Citibank, N.A.,
                 C/O Midland Credit Management, Inc.,    8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
515308614       E-mail/Text: cio.bncmail@irs.gov Sep 06 2018 23:11:11
                 Department of Treasury - Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
515159343       E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2018 23:11:25      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
514916283       E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2018 23:11:25      Green Tree,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
514916286       E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2018 23:10:59      Kohl’s,   P.O. Box 3043,
                 Milwaukee, WI 53201-3043
514916287      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2018 23:10:59      Kohl’s/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
514916288      +E-mail/Text: cd@musicarts.com Sep 06 2018 23:12:19      Music & Arts,    4626 Wedgewood Blvd.,
                 Frederick, MD 21703-7159
515104772       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 23:17:01
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Sep 06, 2018
                              Form ID: 185             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515131900        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 23:42:35
                  Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,   Norfolk VA 23541
514916289        E-mail/Text: courts@southeastfinancial.org Sep 06 2018 23:12:08
                  Southeast Financial Credit Union,   5110 Maryland Way, Ste 100,   Brentwood, TN  37027
                                                                                             TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514916272*       Capital One,   C/O Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT  84130-0285
515067711*       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514916281*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Preferred Account,   C/O DFS Customer Care Dept.,
                   P.O. Box 81577,   Austin, TX  78708-1577)
514972388*       Department of the Treasury - Internal Revenue Serv,   P.O. Box 7346,
                   Philadelphia, PA 19101-7346
515308615*       Wells Fargo Bank, N.A.,   P.O. Box 10438,   Des Moines, IA 50306-0438
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               et aL... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Joint Debtor Pamela   Overton dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Donald C. Goins    on behalf of Debtor Edward   Overton dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Indenture
               Trustee et aL... kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Service, LLC
               dnj@pbslaw.org
                                                                                             TOTAL: 12
```