Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−24384−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward Overton                                     Pamela Overton
   1 Devonshire Drive                                 1 Devonshire Drive
   Westampton, NJ 08060                               Westampton, NJ 08060

Social Security No.:
   xxx−xx−6294                                        xxx−xx−8486

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 12, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 12, 2018
JAN: bwj

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-24384-MBK
Edward Overton                                                              Chapter 13
Pamela Overton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 12, 2018
                              Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb         +Edward Overton,   Pamela Overton,   1 Devonshire Drive,    Westampton, NJ 08060-2432
cr             +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Ditech Financial LLC,   Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487,    UNITED STATES 33487-2853
514916270      +Best Buy Credit Services,    P.O. Box 790441,   St. Louis, MO 63179-0441
514916275      +CHASE BANK U.S.A., N.A.,    C/O Nationwide Credit, Inc.,   3835 North Freeway Blvd., Ste 115,
                 Sacramento, CA 95834-1977
514916278      +CHS Instiitute Of Neurosciences,    7 Foster Ave., Ste 101,   Gibbsboro, NJ 08026-1191
514916273       Capital One Card Services / GM,    P.O. Box 80082,   Salinas, CA 93912-0082
514916274      +Capital One N.A. / Kohl's Dept. Stores,    C/O FMS, Inc.,   4915 South Union Avenue,
                 Tulsa, OK 74107-7839
514916276       Chase Bank, USA, N.A.,   C/O Nationwide Credit, Inc.,    P.O. Box 26314,
                 Lehigh Valley, PA 18002-6314
514916280      +Citibank, N.A.,   C/O Global Credit & Collection, Corp.,    2699 Lee Rd., Ste 330,
                 Winter Park, FL 32789-1740
514960764     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
514916282      +Father Nature Landscaping,    C/O James Logan, Jr., Esq., L.L.C.,    219 High Street,
                 Mt. Holly, NJ 08060-1403
514916284      +Home Depot Credit Services,    P.O. Box 790328,   St. Louis, MO 63179-0328
514916285      +Internal Revenue Service,    P.O. Box 931000,   Louisville, KY 40293-1000
514916290      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Ste 300,   Highlands Ranch, CO 80129-2386
514916291      +Sprains, Strains & Fractures, LLC,    P.O. Box 168,   Haddonfield, NJ 08033-0278
514916292       VIRTUA WEST JERSEY HEALTH SYS,    P.O. Box 8500-7542,   Philadelphia, PA 19178-7542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 23:55:35
                 Ditech Financial LLC f/k/a Green Tree Service, LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
cr             +EDI: WFFC.COM Sep 13 2018 03:13:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Road,   Winterville, NC 28590-8872
514932878       EDI: AIS.COM Sep 13 2018 03:13:00     American InfoSource LP as agent for,
                 Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK 73126-8941
515135043      +E-mail/Text: BKRMailOps@weltman.com Sep 12 2018 23:56:12
                 Atlantic Credit & Finance Special Finance Unit, LL,    CITIBANK, N.A.,
                 c/o Weltman, Weinberg & Reis,   325 Chestnut Street, Ste 501,   Philadelphia, PA 19106-2605
514955316       EDI: RESURGENT.COM Sep 13 2018 03:13:00     CACH, LLC,   PO Box 10587,
                 Greenville, SC 29603-0587
514916271      +EDI: CAPITALONE.COM Sep 13 2018 03:13:00     Capital One,   C/O Bankruptcy Dept.,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
515067710       EDI: BL-BECKET.COM Sep 13 2018 03:13:00     Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
514916277      +EDI: CHASE.COM Sep 13 2018 03:13:00     Chase/Bank One Card Serv,   PO Box 15298,
                 Wilmington, DE 19850-5298
514916279      +EDI: MID8.COM Sep 13 2018 03:13:00     Citibank, N.A.,   C/O Midland Credit Management, Inc.,
                 8875 Aero Drive, Ste 200,   San Diego, CA 92123-2255
514916281       EDI: RCSDELL.COM Sep 13 2018 03:13:00     Dell Preferred Account,   C/O DFS Customer Care Dept.,
                 P.O. Box 81577,   Austin, TX 78708-1577
515308614       EDI: IRS.COM Sep 13 2018 03:13:00     Department of Treasury - Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
515159343       E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 23:55:35     Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
514916283       E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 23:55:35     Green Tree,   P.O. Box 6172,
                 Rapid City, SD 57709-6172
514916286       EDI: CBSKOHLS.COM Sep 13 2018 03:13:00     Kohl's,   P.O. Box 3043,   Milwaukee, WI 53201-3043
514916287      +EDI: CBSKOHLS.COM Sep 13 2018 03:13:00     Kohl's/Capital One,   P.O. Box 3115,
                 Milwaukee, WI 53201-3115
514916288      +E-mail/Text: cd@musicarts.com Sep 12 2018 23:56:34     Music & Arts,   4626 Wedgewood Blvd.,
                 Frederick, MD 21703-7159
515104772       EDI: PRA.COM Sep 13 2018 03:13:00     Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,   Norfolk VA 23541
515131900       EDI: PRA.COM Sep 13 2018 03:13:00     Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
514916289       E-mail/Text: courts@southeastfinancial.org Sep 12 2018 23:56:20
                 Southeast Financial Credit Union,   5110 Maryland Way, Ste 100,   Brentwood, TN 37027

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 12, 2018
                              Form ID: 148             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514916293        +EDI: RCSDELL.COM Sep 13 2018 03:13:00     WEBBANK/DFS,   P.O. Box 81607,
                  Austin, TX 78708-1607
514933703         EDI: WFFC.COM Sep 13 2018 03:13:00        Wells Fargo Bank, N.A.,   P.O. Box 19657,
                  Irvine, CA 92623-9657
515101840         EDI: WFFC.COM Sep 13 2018 03:13:00        Wells Fargo Bank, N.A.,   PO Box 10438,
                  Des Moines, IA 50306-0438
514916294        +EDI: WFFC.COM Sep 13 2018 03:13:00        Wells Fargo Dealer Services,   P.O. Box 1697,
                  Winterville, NC 28590-1697
514916295         EDI: WFFC.COM Sep 13 2018 03:13:00        Wells Fargo Financial National Bank,   P.O. Box 660431,
                  Dallas, TX 75266-0431
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514916272*       Capital One,   C/O Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT  84130-0285
515067711*       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514972388*       Department of the Treasury - Internal Revenue Serv,   P.O. Box 7346,
                  Philadelphia, PA 19101-7346
515308615*       Wells Fargo Bank, N.A.,   P.O. Box 10438,   Des Moines, IA 50306-0438
                                                                                     TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               et aL... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Joint Debtor Pamela   Overton dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Donald C. Goins    on behalf of Debtor Edward   Overton dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Indenture
               Trustee et aL... kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Service, LLC
               dnj@pbslaw.org
                                                                                               TOTAL: 12
```